UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN ROMANDIA | § | CIVIL ACTION NO: 16-13565 |
| VERSUS | § | SECTION: _____ |
| SEADRILL AMERICAS, INC. | § | MAGISTRATE: _____ |

## SEAMAN'S SUIT

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff, JONATHAN ROMANDIA, a person of the full age of majority, who respectfully avers the following, to wit:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §30104, *et al.*, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Named Defendant is SEADRILL AMERICAS, INC. (hereinafter SEADRILL), a corporation engaged in the business of offshore deepwater drilling.

3.

On or about January 20, 2014, Plaintiff, JONATHAN ROMANDIA, was employed by the Defendant, SEADRILL, as a mechanic assigned to the WEST PEGASUS, a deepwater semi-submersible drilling rig.

4.

On or about January 20. 2014, the WEST PEGASUS was a vessel owned, operated and/or controlled by the Defendant, SEADRILL, and was operating in navigable waters.

5.

While in the service of the vessel and his employer's interests, Plaintiff JONATHAN ROMANDIA sustained severe injuries to his person, including but not limited to his left index finger.

6.

Plaintiff was injured when a pneumatic knife valve was negligently activated by Plaintiff's superior while Plaintiff's left index finger was inside.   As a result, Plaintiff's left index finger was severely and permanently injured requiring surgery.

7.

A cause of this incident was the fault and/or negligence attributable to the Defendant, SEADRILL, in the following non-exclusive respects:

a. failing to provide the Plaintiff with a safe place to work;

b. failing to give proper and appropriate warnings to the Plaintiff;

c. failing to adequately plan the operation ongoing at the time of the incident;

d. other negligent acts and/or omissions to be shown at the trial of this action.

8.

A proximate cause of this accident herein was the unseaworthiness of the WEST PEGASUS and its appurtenances.

9.

This incident occurred while Plaintiff, a seaman, was in the service of the vessel entitling him to receive maintenance and cure benefits.

10.

Plaintiff's occupation as an offshore mechanic and subsea engineer requires Plaintiff to possess fine motor skills and finger dexterity which Plaintiff no longer has as a result of his permanent injury to his left index finger.   Plaintiff was earning $272,000.00 as a seaman engineer with Seadrill Americas, Inc.

11.

As a result of the above and foregoing negligent acts and/or omissions, Plaintiff, JONATHAN ROMANDIA, suffered a disabling physical and mental injuries and seeks monetary damages for the following:

    a.       Past and future loss of wages and benefits;

    b.       Impairment of future earning capacity;

    c.       Physical pain and suffering;

    d.       Mental and emotional pain and suffering;

    e.       Past and future medical expenses;

    f.       Permanent disability;

    g.       Loss of enjoyment of life; and,

    h.       Additional damages to be shown at the trial of this action.

12.

Plaintiff was not at fault in causing this incident or the resulting damages.

WHEREFORE, Plaintiff, JONATHAN ROMANDIA, prays for judgement herein

and against Defendant, SEADRILL AMERICAS, INC. and that Defendant be duly cited and served with a copy of this Seaman's Suit, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of Plaintiff, JONATHAN ROMANDIA, and against Defendant herein, SEADRILL AMERICAS, INC. in the total sum of THREE MILLION ($3,000,000.00) DOLLARS, plus interest from the date of incident until paid, all costs of these proceedings, and for all other general, equitable maritime relief.

Respectfully submitted:

STRAUSS & KING, APLC

*/s/ Berney L. Strauss*
Berney L. Strauss #12527
Rhett E. King #23811
Clinton G. Mead #35244
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com