UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONATHAN ROMANDIA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-13565** |
| **SEADRILL AMERICAS, INC.** | **SECTION: "B"(3)** |

**ORDER**

Considering Defendant Seadrill Americas, Inc.'s Motion in Limine to Exclude Plaintiff's Proffered "Economist" Expert Testimony of Dr. G. Randolph Rice (Rec. Doc. 30),

**IT IS ORDERED** that the motion is **DENIED**. While movant cites to certain questionable assumptions by Dr. Rice, there is minimally sufficient evidence supporting the methodology and merit of those assumptions - particularly the medical findings by Dr. George and the functional capacity evaluation. Further, Dr. Rice is amending his report to account for plaintiff's recent hire to drive tractor trailers. *See also Dean v. Sea Supply, Inc.*, 2017 WL 3773149 (E.D. La. July 13, 2017).

Lastly, no economist or other non-medical expert will be allowed to offer medical expert opinions. *See Sanchez v. City of San Antonio*, 2019 WL 691204 (W.D. Tex. Feb. 18 2019).

New Orleans, Louisiana, this 9th day of May, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE